**Order entered September 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00333-CR

**JEB STEVENS BROWN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-83651-2013**

## ORDER

The Court **GRANTS** the State's second motion for extension of time to file its brief.

We **ORDER** the Clerk of the Court to file the State's brief tendered as of the date of this

order.

/s/     ADA BROWN
       JUSTICE